

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

| | | |
|---|---|---|
| RAMON ALVARADO CHACON, | § | No. 08-14-00227-CR |
| | § | |
| Appellant, | | Appeal from the |
| | § | |
| v. | | 394th District Court |
| | § | |
| | | of Brewster County, Texas |
| THE STATE OF TEXAS, | § | |
| | | (TC# 4254) |
| | § | |
| Appellee. | | |
| | § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 6TH DAY OF JULY, 2016.

STEVEN L. HUGHES, Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.